UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GANIYU A. JAIYEOLA, )
    Plaintiff, )
) No. 1:09-cv-01130
-v- )
) HONORABLE PAUL L. MALONEY
FEDERAL-MOGUL CORPORATION, )
    Defendant. )
)

## JUDGMENT

Having granted Defendant Federal-Mogul Corporation's motion for summary judgment and having dismissed all claims against it, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant Federal-Mogul Corporation and against Plaintiff Ganiyu A. Jaiyeola.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:  December 5, 2011                        /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        Chief United States District Judge