UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GANIYU A. JAIYEOLA,        )<br>          Plaintiff,        )<br>                            )<br> -v-                        )<br>                            )<br> FEDERAL-MOGUL CORPORATION, )<br>          Defendant.       )<br> _____) | No. 1:09-cv-01130<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendant Federal-Mogul Corporation's motion for summary judgment and having dismissed all claims against it, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant Federal-Mogul Corporation and against Plaintiff Ganiyu A. Jaiyeola.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   December 5, 2011                    /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            Chief United States District Judge